**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| BARRY LISTER, ET AL. | § |
| | §   CIVIL CASE NO. 4:20-CV-202 |
| v. | § |
| | § |
| CARROLLTON POLICE | § |
| DEPARTMENT, ET AL. | § |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge, this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On June 22, 2020, the report of the Magistrate Judge, (Dkt. #6), was entered containing proposed findings of fact and recommendations that the case be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m).

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court determines that the Magistrate Judge's report should be adopted.

It is therefore **ORDERED** that this case is hereby **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 4(m). The Court will separately enter a final judgment.

**So ORDERED and SIGNED this 31st day of July, 2020.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE